IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA JOYCE FRANKLIN, | § | |
| TDCJ-CID NO.835060, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-07-2227 |
| | § | |
| CAPRICE COSPER, | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED, with prejudice.

THIS IS A FINAL JUDGMENT.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on this 25th day of July, 2007.

*[signature]*
MELINDA HARMON
UNITED STATES DISTRICT JUDGE